# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130333
& (58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee
      and Cross-Appellant,

v

CARL RICHARD NANTELLE,
      Defendant-Appellant
      and Cross-Appellee.

SC: 130333
COA: 253407
Dickinson CC: 02-002999-FH

_____/

On order of the Court, the application for leave to appeal the October 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is also considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE, in part, the judgment of the Court of Appeals and REMAND this case to the Dickinson Circuit Court for reinstatement of defendant's conviction of unlawfully driving away an automobile, MCL 750.413. At the time the police discovered the keys, they had probable cause to arrest defendant for operating a vehicle while under the influence of intoxicating liquor. The search was lawful as incident to a legal arrest. *People v Arterberry*, 431 Mich 381, 382-385 (1988).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

               Clerk